FILED

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

JAN 0 3 2008  *aew*
Jan 3, 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

JON M. COX #R23562 et. al.,
_____
        Plaintiff

            v.

08cv48
Judge Darrah
Mag. Judge Cox

ATTORNEY GENERAL OF ILLINOIS et al.,
_____
        Defendant(s)

JUDGE _____

_____

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, _____JON COX_____, declare that I am the ☐plaintiff ☒petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?        x☒Yes        ☐No    (If "No," go to Question 2)
    I.D. #__R23562_____ Name of prison or jail: _Illinois River Corr. Ctr.___
    Do you receive any payment from the institution? ☒Yes ☐No    Monthly amount:_____

2.  Are you currently employed?        ☒Yes        ☐No
    Monthly salary or wages: _varies. currently about $35.00_
    Name and address of employer: _Illinois River Correctional Industries_____

    a.  If the answer is "No":
        Date of last employment:_____
        Monthly salary or wages:_____
        Name and address of last employer:_____
        _____

    b.  Are you married?        ☐Yes        ☒No
        Spouse's monthly salary or wages:_____
        Name and address of employer:_____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.  Salary or wages                                    ☐Yes        x☒No
        Amount_____ Received by_____

b. ☐ Business, ☐ profession or ☐ other self-employment     ☐ Yes     x☒No
Amount_____Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends     ☐ Yes     x☒No
Amount_____Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                  ☐ Yes     x☒No
Amount_____Received by_____

e. ☐ Gifts or ☐ inheritances     ☐ Yes     x☒No
Amount_____Received by_____

f. ☐ Any other sources (state source:_____) ☐ Yes     x☒No
Amount_____Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?          ☐ Yes     x☒No     Total amount:_____
In whose name held:_____Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?                       ☐ Yes     x☒No
Property:_____Current Value:_____
In whose name held:_____Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?     ☐ Yes     ☒No
Address of property:_____
Type of property:_____Current value:_____
In whose name held:_____Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                     ☐ Yes     x☒No

Property:_____
Current value:_____
In whose name held:_____Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: Dec. 18, 2007

_____
Signature of Applicant

_____
Jon Cox
(Print Name)

-------------------------------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, JON COX , I.D.# R23562 , has the sum

of $ 124.27 on account to his/her credit at (name of institution) ILLINOIS RIVER CORRECTIONAL CENTER

I further certify that the applicant has the following securities to his/her credit: NONE . I further

certify that during the past six months the applicant's average monthly deposit was $ SEE ATTACHED STATEMENT

(Add all deposits from all sources and then divide by number of months).

DECEMBER 11, 2007
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

MARK A. PIRTLE, BUSINESS ADMINISTRATOR
(Print name)

rev. 7/18/02

REPORT CRITERIA  -  Date: 06/01/2007 thru End;     Inmate: R23562;     Active Status Only ? : No;     Print Restrictions ? : Yes;
           Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print
                                                         Balance Errors Only ? : No

**Inmate: R23562 Cox, Jon**                              **Housing Unit: IRI-01-B -25**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | **Beginning Balance:** | | 441.25 |
| 06/06/07 | Disbursements | 88 Miscellaneous Payables | 157312 | Chk #109462 | 20874, Hernandez, Petra,     Inv. Date: 06/06/2007 | -400.00 | 41.25 |
| 06/13/07 | Payroll | 20 Payroll Adjustment | 164112 | | P/R month of 05/2007 | 15.00 | 56.25 |
| 06/15/07 | Disbursements | 84 Library | 166312 | Chk #109644 | 20713, DOC: 523 Fund Library,     Inv. Date: 05/30/2007 | -1.10 | 55.15 |
| 06/15/07 | Disbursements | 80 Postage | 166312 | Chk #109656 | 21315, DOC: 523 Fund Inmate Re, Inv. Date: 06/12/2007 | -1.31 | 53.84 |
| 07/10/07 | Mail Room | 01 MO/Checks (Not Held) | 191232 | 018492 | Hernandez, Petra | 50.00 | 103.84 |
| 07/11/07 | Point of Sale | 60 Commissary | 192702 | 417651 | Commissary | -37.84 | 66.00 |
| 07/17/07 | Payroll | 20 Payroll Adjustment | 198112 | | P/R month of 06/2007 | 12.19 | 78.19 |
| 07/23/07 | Point of Sale | 60 Commissary | 204723 | 419155 | Commissary | -24.32 | 53.87 |
| 07/23/07 | Mail Room | 01 MO/Checks (Not Held) | 204232 | 018536 | Cox, Elizabeth | 50.00 | 103.87 |
| 07/25/07 | Disbursements | 80 Postage | 206312 | Chk #110528 | 23057, DOC: 523 Fund Inmate Re, Inv. Date: 07/17/2007 | -1.14 | 102.73 |
| 07/25/07 | Mail Room | 01 MO/Checks (Not Held) | 206232 | 018343 | Hernandez, Petra | 50.00 | 152.73 |
| 08/03/07 | Point of Sale | 60 Commissary | 215751 | 420564 | Commissary | -29.98 | 122.75 |
| 08/16/07 | Payroll | 20 Payroll Adjustment | 228112 | | P/R month of 07/2007 | 14.07 | 136.82 |
| 08/22/07 | Point of Sale | 60 Commissary | 234702 | 422462 | Commissary | -42.84 | 93.98 |
| 09/06/07 | Point of Sale | 60 Commissary | 249702 | 423972 | Commissary | -51.26 | 42.72 |
| 09/07/07 | Payroll | 20 Payroll Adjustment | 250112 | | ICI P/R 08/2007 | 19.57 | 62.29 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260312 | Chk #111399 | 1931, DOC: 523 Fund Inmate Rei, Inv. Date: 08/29/2007 | -2.65 | 59.64 |
| 09/17/07 | Payroll | 20 Payroll Adjustment | 260112 | | P/R month of 08/2007 | 6.57 | 66.21 |
| 09/25/07 | Disbursements | 84 Library | 268312 | Chk #111628 | 3175, DOC: 523 Fund Library,     Inv. Date: 09/21/2007 | -.75 | 65.46 |
| 10/03/07 | Point of Sale | 60 Commissary | 276723 | 426624 | Commissary | -47.43 | 18.03 |
| 10/05/07 | Payroll | 20 Payroll Adjustment | 278112 | | ICI P/R 09/2007 | 18.82 | 36.85 |
| 10/16/07 | Point of Sale | 60 Commissary | 289702 | 427898 | Commissary | -11.12 | 25.73 |
| 10/17/07 | Disbursements | 84 Library | 290312 | Chk #111988 | 3516, DOC: 523 Fund Library,     Inv. Date: 09/27/2007 | -.20 | 25.53 |
| 10/17/07 | Disbursements | 84 Library | 290312 | Chk #111988 | 3756, DOC: 523 Fund Library,     Inv. Date: 10/03/2007 | -2.50 | 23.03 |
| 10/17/07 | Disbursements | 84 Library | 290312 | Chk #111988 | 4302, DOC: 523 Fund Library,     Inv. Date: 10/11/2007 | -.25 | 22.78 |
| 10/17/07 | Disbursements | 80 Postage | 290312 | Chk #111999 | 3791, DOC: 523 Fund Inmate Rei, Inv. Date: 10/03/2007 | -1.31 | 21.47 |
| 10/17/07 | Mail Room | 01 MO/Checks (Not Held) | 290235 | 20042710040 | Sanchez, Kelly | 15.00 | 36.47 |
| 10/25/07 | Disbursements | 84 Library | 298312 | Chk #112195 | 4974, DOC: 523 Fund Library,     Inv. Date: 10/24/2007 | -.20 | 36.27 |
| 10/25/07 | Disbursements | 80 Postage | 298312 | Chk #112198 | 5045, DOC: 523 Fund Inmate Rei, Inv. Date: 10/24/2007 | -1.65 | 34.62 |
| 11/09/07 | Payroll | 20 Payroll Adjustment | 313112 | | ICI P/R 10/2007 | 32.89 | 67.51 |
| 11/14/07 | Point of Sale | 60 Commissary | 318723 | 430833 | Commissary | -24.38 | 43.13 |
| 11/16/07 | Disbursements | 84 Library | 320312 | Chk #112467 | 5518, DOC: 523 Fund Library,     Inv. Date: 11/01/2007 | -.90 | 42.23 |
| 11/16/07 | Disbursements | 84 Library | 320312 | Chk #112467 | 6067, DOC: 523 Fund Library,     Inv. Date: 11/13/2007 | -.75 | 41.48 |
| 11/26/07 | Disbursements | 84 Library | 330312 | Chk #112717 | 6394, DOC: 523 Fund Library,     Inv. Date: 11/16/2007 | -.80 | 40.68 |
| 11/26/07 | Disbursements | 84 Library | 330312 | Chk #112717 | 6510, DOC: 523 Fund Library,     Inv. Date: 11/20/2007 | -.85 | 39.83 |
| 11/26/07 | Disbursements | 84 Library | 330312 | Chk #112717 | 6523, DOC: 523 Fund Library,     Inv. Date: 11/20/2007 | -6.20 | 33.63 |

| | | | | |
|---|---|---|---|---|
| Date: | 12/11/2007 | | | |
| Time: | 9:25am | | | |

d_list_inmate_trans_statement_composite

**Trust Fund**

**Inmate Transaction Statement**

REPORT CRITERIA - Date: 06/01/2007 thru End;    Inmate: R23562;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: R23562 Cox, Jon**          **Housing Unit: IRI-01-B -25**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 11/26/07 | Disbursements | 84 Library | 330312 | Chk #112717 | 6394, DOC: 523 Fund Library,     Inv. Date: 11/16/2007 | -1.05 | 32.58 |
| 11/26/07 | Disbursements | 80 Postage | 330312 | Chk #112720 | 6367, DOC: 523 Fund Inmate Rei, Inv. Date: 11/16/2007 | -2.50 | 30.08 |
| 11/29/07 | Point of Sale | 60 Commissary | 333751 | 432604 | Commissary | -29.60 | .48 |
| 12/04/07 | Mail Room | 01 MO/Checks (Not Held) | 338232 | 018948 | Hernandez, Petra | 50.00 | 50.48 |
| 12/04/07 | Mail Room | 01 MO/Checks (Not Held) | 338235 | 08761122033 | Cox, Elizabeth | 50.00 | 100.48 |
| 12/07/07 | Payroll | 20 Payroll Adjustment | 341112 | | ICI P/R 11/2007 | 24.59 | 125.07 |

| | |
|---|---|
| Total Inmate Funds: | 125.07 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .80 |
| Funds Available: | 124.27 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 11/29/2007 | 7010 | Disb | Legal copies | 2 DOC: 523 Fund Library | $0.80 |
| | | | | Total Restrictions: | $0.80 |