IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 03 2008
Jan 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JON M. COX #R23562, )
    On behalf of himself )
    and all incarcerated persons ) No.
        PLAINTIFFS, )
 )
v. )
 )
ATTORNEY GENERAL OF ILLINOIS; ) 08cv48
COUNTY STATE'S ATTORNEYS et al. ) Judge Darrah
    Each in their official ) Mag. Judge Cox
    capacities )
        RESPONDENTS. )

## MOTION PURSUANT RULE 23

Now comes JON COX, on behalf of himself and the proposed classes of persons to be determined by this court in light the attached Petition For Declatory Judgment and Temporary Restraining Order, pursuant to the Federal Rules of Civil Procedure Rule 23, and moves this court to certify this class action and to appoint class counsel. Furthermore, Plaintiffs state:

1. The questions of law and the claims presented as pertains to each prospective sub-class are typical and relevant to the whole class.

2. A class counsel appointed by this court will fairly and adequately protect the interests of the whole class.

3. In order to prevent piece-meal litigation and observing that joinder of all class members is impracticle, and believing that Illinois State government has relinquished its opportunity to fairly bring about justice, certification as a class action is essential.

WHEREFORE, in the chase of fundamental fairness and the legal application of law, the general class of MINOR AND ADULT INCARCERATED PERSONS seeks certification as a class and to be appointed class counsel.

/s/ Jon Cox

JON COX
Reg. No. R23562
Illinois River Corr. Ctr.
P.O. Box 1900
Canton, Il. 61520