Jon Cox #R23562
Illinois River Corr. Ctr.
P.O. Box 1900
Canton, Il. 61520

CLERK OF THE U.S.
  District Court
219 S. Dearborn 20th Floor
Chicago, Il. 60604

08cv48
Judge Darrah
Mag. Judge Cox

**FILED**

JAN 03 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

December 18, 2007

Dear Clerk:

For the purpose of filing, please take notice:

- This petition is a CIVIL COMPLAINT
- It is against ILLINOIS STATE ACTORS
- It is seeking a RESTRAINING ORDER PURSUANT 42 U.S.C. §1983.

Also, please locate the attached envelope (%) containing a $5.00 filing fee. Acknowledgement of the money is requested as well as the pertinent case number to this new action.

THANK YOU for your professionalism.

Sincerely
Jon Cox

P.S. This facility no longer receives the Chicago Daily Law Bulletein thus the request for acknowledgment.