# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | 5-29-2008 |
|---|---|---|---|
| **CASE NUMBER** | 08 C 48 | **DATE** | 5-29-08 |
| **CASE TITLE** | Jon M. Cox (R-23562) v. Attorney General of Illinois, et al. | | |

**DOCKET ENTRY TEXT:**

On 4/14/08, the Court granted Petitioner leave to submit an amended petition for a writ of habeas corpus within 30 days. Having failed to receive a response, the Court dismisses this action in its entirety. The Court directs the Clerk to enter judgment accordingly.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|